BRYAN SCHRODER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RACHEL TOREY DANIELLE EPPERSON, and<br>ADAM ALAN BLODGETT,<br><br>　　　　　　　　Defendants. | ) No. 3:20-cr-00055-SLG-DMS<br>)<br>) COUNT 1:<br>) CONSPIRACY<br>) 　Vio. of 18 U.S.C. § 371<br>)<br>) COUNT 2:<br>) ACQUIRING FIREARM BY<br>) DECEPTION<br>) 　Vio. of 18 U.S.C. §§ 922(a)(6) and<br>) 924(a)(2)<br>)<br>) COUNT 3:<br>) FELON IN POSSESSION OF A<br>) FIREARM<br>) 　Vio. of 18 U.S.C. §§ 922(g)(1) and<br>) 924(a)(2)<br>) |

I N D I C T M E N T

The Grand Jury charges that:

//

## COUNT 1

Beginning at a date unknown to the Grand Jury and continuing until on or about March 17, 2020, within the District of Alaska, the defendants, RACHEL EPPERSON, and ADAM BLODGETT, knowingly and intentionally conspired, confederated, and agreed to commit an offense against the United States in violation of 18 U.S.C. § 922(g)(1), to wit: for the defendant ADAM ALAN BLODGETT, a person who had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to possess a firearm in and affecting interstate and foreign commerce, and did commit an overt act in furtherance of the conspiracy, to wit: travelling to Bass Pro Shops in Anchorage and purchasing a firearm.

All of which is violation of 18 U.S.C. § 371.

## COUNT 2

On or about March 17, 2020, within the District of Alaska, the defendants, RACHEL TOREY DANIELLE EPPERSON, and ADAM ALAN BLODGETT, in connection with the acquisition of a firearm from Bass Pro Shops, a licensed dealer of firearms, knowingly made a false and fictitious statement to Bass Pro Shops, which statement was intended and was likely to deceive Bass Pro Shops as to a fact material to the lawfulness of such sale of the said firearm to the defendant in that the defendant RACHEL EPPERSON falsely stated that she was the actual transferee/buyer of the said

firearm, despite knowing that she was actually acquiring the firearm on behalf of defendant ADAM BLODGETT.

All of which is in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

<u>COUNT 3</u>

Beginning on or about March 17, 2020 and continuing until on or about April 4, 2020, within the District of Alaska, the defendant, ADAM ALAN BLODGETT, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Taurus PT111 G2A 9mm semiautomatic pistol and associated ammunition.

<u>Prior Convictions</u>

| Date | Offense | Court | Case Number |
|---|---|---|---|
| August 4, 2016 | Felon in Possession of a Firearm | U.S. District Court for the District of Alaska | 3:15-cr-00105-TMB |
| June 24, 2013 | Misconduct Involving a Controlled Substance in the Fourth Degree | Superior Court for the State of Alaska | 3PA-12-00101CR |
| September 28, 2009 | Assault in the Third Degree | Superior Court for the State of Alaska | 3PA-08-02240CR |
| September 28, 2009 | Assault in the Third Degree | Superior Court for the State of Alaska | 3PA-08-02240CR |
| September 28, 2009 | Assault in the Third Degree | Superior Court for the State of Alaska | 3PA-08-02240CR |
| October 26, 1995 | Theft in the Second Degree | Superior Court for the State of Alaska | 1JU-95-01303CR |

//

//

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

Date:      July 21, 2020